IN THE U.S. DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CLARENCE VANFLEET,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MEDIA COLLECTIONS, INC. D/B/A<br>JOSEPH, MANN & CREED,<br><br>　　　　Defendants. | Case No. 12-CV-2111 JTM/DJW |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Clarence VanFleet, by and through undersigned counsel, hereby dismisses all claims with prejudice, each party to bear its own costs.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**Case & Roberts P.C.**


　　　　　　　　　　　　　　　　/s/ Randi L. Helms
　　　　　　　　　　　　　　　　Kevin D. Case, MO 41491; KS 14570
　　　　　　　　　　　　　　　　Randi L. Helms, MO 60523; KS 23960
　　　　　　　　　　　　　　　　Ryan S. VanFleet, MO 64210; Kansas USDC 78316
　　　　　　　　　　　　　　　　Two Pershing Square
　　　　　　　　　　　　　　　　2300 Main Street, Suite 900
　　　　　　　　　　　　　　　　Kansas City, MO  64108
　　　　　　　　　　　　　　　　Tel:  (816) 448-3707
　　　　　　　　　　　　　　　　Fax:  (816) 448-3779
　　　　　　　　　　　　　　　　kevin.case@caseroberts.com
　　　　　　　　　　　　　　　　randi.helms@caseroberts.com
　　　　　　　　　　　　　　　　ryan.vanfleet@caseroberts.com
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

2

## Certificate of Service

I hereby certify that on March 19, 2012 a true and correct copy of the above and foregoing was served via electronic mail and by depositing the original in the U.S. Mail, first class postage prepaid, addressed to:

Michelle A. Fox
Kutak Rock LLP
1010 Grand Blvd., Suite 500
Kansas City, MO 64106
michelle.fox@kutakrock.com
Attorney for Defendant

/s/ Randi L. Helms
Randi L. Helms